UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| ERIC C. DETERS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 15-1-GFVT |
| | ) | |
| V. | ) | |
| | ) | **JUDGMENT** |
| KENTUCKY BAR ASSOCIATION, | ) | |
| LINDA GOSNELL, | ) | |
| JAY GARRETT, | ) | |
| SARAH COKER, | ) | |
| THOMAS GLOVER, and | ) | |
| STEVE PULLIAM, | ) | |
| | ) | |
| Defendants | ) | |

*** *** *** ***

In accordance with the Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED**:

(1) Judgment is **ENTERED** in favor of the Defendant.

(2) This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay.

(3) All issues having been resolved, this case is **STRICKEN** from the active docket.

This 14th day of September, 2015.



Signed By:
Gregory F. Van Tatenhove
United States District Judge